# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CYNTHIA JONES,**

    **Plaintiff,**

**vs.**                                                              **Case No. 4:17cv596-WS/CAS**

**GWEN SPENCER,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

The docket reveals that Plaintiff, proceeding pro se, sought to initiate a civil rights case in October 2016.  She filed a complaint in the Eastern District of New York, ECF No. 1, but it was not transferred to this Court until late December 2017.  ECF No. 3.  The case was opened in this Court on January 5, 2018. ECF No. 4.  A few days later an Order was entered directing Plaintiff to either pay the filing fee for this case or file an in forma pauperis motion if she intended to proceed with this litigation.  ECF No. 6.

That Order has never been delivered.  Four mail returns have been docketed revealing the mail could not be forwarded to Plaintiff.  ECF Nos. 7-10.  In light of the fact that nothing had been docketed from Plaintiff in the

fourteen months this case was pending prior to transfer, it appears that Plaintiff has abandoned this litigation. This case should now be dismissed for failure to prosecute pursuant to Rule 41.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on March 7, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**